**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00332-CV

### IN RE MARK LYNN MILLIGAN, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-27465-W**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
JUSTICE